GPS, Inc., Plaintiff-Respondent-Petitioner,

v.

Town of St. Germain, Defendant-Appellant.

Supreme Court

*No. 02–3293. Oral argument February 12, 2004.—Decided June 22, 2004.*

2004 WI 81

(Also reported in 681 N.W.2d 533.)

Sykes, J., took no part.

For the plaintiff-respondent-petitioner there were briefs by *Robert J. Dreps, James A. Friedman, Jennifer L. Peterson* and *LaFollette Godfrey & Kahn, S.C.*, Madison, and oral argument by *James A. Friedman.*

For the defendant-appellant there was a brief by *William P. O'Connor, Mary Beth Peranteau* and *Wheeler, Van Sickle & Anderson, S.C.,* Madison, and oral argument by *William P. O'Connor.*

An amicus curiae brief was filed by *Claire Silverman,* Madison, on behalf of League of Wisconsin Municipalities.

An amicus curiae brief was filed by *Robert Horowitz, Richard K. Nordeng* and *Stafford Rosenbaum, LLP,* Madison, on behalf of Wisconsin Counties Association and Wisconsin Towns Association, and oral argument by *Richard K. Nordeng.*

An amicus curiae brief was filed by *Peter C. Christianson* and *Quarles & Brady LLP,* Milwaukee, on behalf of The Wisconsin Newspaper Association and the Wisconsin Broadcasters Association.

An amicus curiae brief was filed by *Michael J. Morse,* Menomonee Falls; *Christopher J. Jaekels* and *Cook & Franke, S.C.,* Milwaukee; and *William F. White, Brian J. Rybarik, Roisin H. Bell,* and *Michael Best & Friedrich,* LLP, Madison, on behalf of the Administrative and Local Government Section of the State Bar of Wisconsin, and oral argument by *William F. White.*

¶ 1. PER CURIAM. The court is equally divided on the question of whether the unpublished decision of the court of appeals in *GPS, Inc. v. Town of St. Germain,* 02–3293, unpublished slip op. (Wis. Ct. App. June 24, 2003), should be affirmed or reversed. Justice JON P. WILCOX, Justice N. PATRICK CROOKS and Justice DAVID T. PROSSER would affirm; Chief Justice SHIRLEY S. ABRAHAMSON, Justice ANN WALSH BRADLEY, and Justice PATIENCE D. ROGGENSACK would reverse. Justice DIANE S. SYKES did not participate.

¶ 2. Accordingly, the decision of the court of appeals is affirmed.